Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−24156−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya Jeanette Pelham−Lovett
   55 MacArthur St.
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−7715

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/5/20 at 10:00 AM

to consider and act upon the following:

*51* − Creditor's Certification of Default (related document:49 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of Goshen Mortgage LLC as seperate trustee for GDBT I Trust 2011−1. Objection deadline is 02/20/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

*52* − Certification in Opposition to (related document:51 Creditor's Certification of Default (related document:49 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of Goshen Mortgage LLC as seperate trustee for GDBT I Trust 2011−1. Objection deadline is 02/20/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Goshen Mortgage LLC as seperate trustee for GDBT I Trust 2011−1) filed by Dorothy L. Wright on behalf of Sonya Jeanette Pelham−Lovett. (Wright, Dorothy)

Dated: 2/19/20

                                                                         Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court