Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19–24156–VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya Jeanette Pelham–Lovett
   55 MacArthur St.
   Iselin, NJ 08830

Social Security No.:
   xxx–xx–7715

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/17/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 18, 2020
JAN: jf

                                                                         Jeanne Naughton
                                                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 19-24156-VFP
Sonya Jeanette Pelham-Lovett                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Aug 18, 2020
                              Form ID: 148                Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db             +Sonya Jeanette Pelham-Lovett,    55 MacArthur St.,    Iselin, NJ 08830-2107
518413844      +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
518413843      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518413847      +Equiant/Thousand Trails,    500 N Juniper DR,    Ste 100,    Chandler, AZ 85226-2525
518413849      +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
518413850      +Experian,    P O Box 2002,    Allen, TX 75013-2002
518479679      +Goshen Mortgage LLC, et al,    c/o Planet Home Lending, LLC,    321 Research Pkwy #303,
                 Meriden, CT 06450-8342
518364365      +Homebrudge Financial Services,    K.M.L law Group,    216 Haddon Avenue,    Suite 406,
                 Westmont 08108-2812
518413851     #+KML Law Group, LLC,    216 Haddon Avenue, STE 406,    Westmont, NJ 08108-2812
518413852      +Planet Home Lending, LLC,    321 Research Parkway,    Suite 303,    Meriden, CT 06450-8342
518413853      +Public Service Fcu,    619 Union Ave,    Middlesex, NJ 08846-1963
518413854      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518413855     #+Unity Federal Credit,    PO Box 67,    Oaklyn, NJ 08107-0067
518413856     #+Unity Federal Credit Union,    PO Box 67,    Oaklyn, NJ 08107-0067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518413846      +EDI: CRFRSTNA.COM Aug 19 2020 03:23:00     Credit First National Association,    Pob 81315,
                 Cleveland, OH 44181-0315
518413845      +EDI: CRFRSTNA.COM Aug 19 2020 03:23:00     Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
518400631      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Aug 19 2020 00:15:09     US Dept of HUD,
                 451 7th Street SW,    Washington, DC 20410-0001
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518413848*     +Equiant/Thousand Trails,    500 N Juniper Drive,    Ste 100,    Chandler, AZ 85226-2525
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT I
               Trust 2011-1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT I
               Trust 2011-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Dorothy L. Wright    on behalf of U.S. Trustee    U.S. Trustee dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              Dorothy L. Wright    on behalf of Debtor Sonya Jeanette Pelham-Lovett dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              Kevin Gordon McDonald    on behalf of Creditor    Goshen Mortgage LLC as seperate trustee for GDBT
               I Trust 2011-1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: Aug 18, 2020
                               Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 7